IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OBSIDIAN INSURANCE COMPANY,<br><br>    Plaintiff(s),<br><br>V.<br><br>NANCY GAIL CALVERT, DENYS KUCHER, HORACE BRADFORD LATTIMORE, JAMES RICHARD MCDONALD, JR., AND TIFFFANY ANN SPRINGER AS ADMINISTRATORS OF THE ESTATE OF ASHLEY MARIE SPRINGER MCDONALD, and TIFFANY ANDREWS BECK INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF WOODIE EARL BECK, III,<br><br>    Defendant(s) | CIVIL ACTION NO. _____ |

**INTERPLEADER COMPLAINT**

Obsidian Insurance Company ("Obsidian") files this Interpleader Complaint, stating as follows:

**PARTIES**

1.  Plaintiff-Interpleader Obsidian is a corporation organized under the laws of the State of Ohio and duly authorized to engage in the business of insurance in the State of Alabama. Obsidian's principal place of business is in the State of New York.

2.  Claimant Nancy Gail Calvert is an individual over the age of nineteen years residing in Tuscaloosa County, Alabama.

3.  Claimant Denys Kucher is an individual over the age of nineteen years residing in Bucks County, Pennsylvania.

4.  Claimant Horace Bradford Lattimore is an individual over the age of nineteen years residing in Clarke County, Alabama.

1

Case 1:25-cv-00380-B   Doc# 1   Filed 09/09/25   Page 2 of 7   PageID# 2

Obsidian Insurance Company v. Nancy Gail Calvert, et al.
Interpleader Complaint

5. Claimant Ashley Marie Springer McDonald (deceased), at the time of the events underlying this action, was an individual over the age of nineteen years residing in Clarke County, Alabama. Per the records maintained by the Probate Court of Clarke County, Alabama, a probate estate has been opened, Administrators for same authorized, and Personal Representatives for same appointed. Per the records maintained by the Probate Court of Clarke County, Alabama, the Administrators and Personal Representatives are James Richard McDonald, Jr., and Tiffany Ann Springer, and each resides in Alabama.

6. Claimant Woodie Earl Beck, III (deceased), at the time of the events underlying this action, was an individual over the age of nineteen years residing in Wilcox County, Alabama. Per the records maintained by the Probate Court of Wilcox County, Alabama, a probate estate has been opened and an Administratrix for same authorized. Per the records maintained by the Probate Court of Wilcox County, Alabama, the Administratrix is Tiffany Andrews Beck who resides in Alabama.

7. Claimant Tiffany Andrews Beck is an individual over the age of nineteen years residing in Wilcox County, Alabama.

## VENUE AND JURISDICTION

8. Jurisdiction is proper pursuant to Rule 22, Fed. R. Civ. P. ("Rule Interpleader"), because (a) diversity of citizenship exists between Obsidian and each Claimant (i.e., complete diversity) and (b) the amount in controversy exceeds $75,000 exclusive of interest and costs. 28 U.S.C. § 1332.

9. Jurisdiction is proper under 28 U.S.C. § 1335 ("Statutory Interpleader") because (a) diversity of citizenship exists between at least two of the Claimants (i.e., minimal diversity) who claim or may claim entitlement to the stake that is the subject of this Interpleader Complaint (e.g., between Claimant Calvert, an Alabama citizen, and Claimant Kucher, a Pennsylvania citizen) and (b) the stake at issue in this action exceeds $500.

10. For purposes of Rule Interpleader, venue is proper in this district because (a) a substantial part of the events giving rise to this suit occurred in Clarke County, Alabama, which is located within the Southern Division of the United States District Court for the Southern District

Case 1:25-cv-00380-B    Doc# 1    Filed 09/09/25    Page 3 of 7    PageID# 3

Obsidian Insurance Company v. Nancy Gail Calvert, et al.
Interpleader Complaint

of Alabama, 28 U.S.C. § 1391(b)(2), and (b) alternatively, one or more Claimants (e.g., Claimant Lattimore) named in this suit is/are subject to the personal jurisdiction of the United States District Court for the Southern District of Alabama, 28 U.S.C. § 1391(b)(3).

11.     For purposes of Statutory Interpleader, venue is proper because one or more Claimants (e.g., Claimant Lattimore) named in this suit reside(s) in a county located within the geographical confines of the United States District Court for the Southern District of Alabama, 28 U.S.C. § 1397.

## THE DISPUTE

12.     Obsidian is subject to multiple liabilities with respect to the proceeds of a commercial auto insurance policy issued to 4 US Corp and to which Claimants have competing interests.

13.     The commercial auto insurance policy at issue is Obsidian Insurance Company Policy No. AWT-00000186-00 (the "Policy"). A duplicate copy of the Policy is attached hereto as **Exhibit 1**.

14.     The Policy provides the coverage(s) identified therein for the policy period of August 1, 2024, to August 1, 2025. **Exhibit 1**, Motor Carrier Declarations (ACA DS 21 11 23), p. 1 of 13.

15.     The Policy's "Covered Autos Liability Coverage" provides that Obsidian "will pay all sums an 'insured' legally must pay as damages because of 'bodily injury' or 'property damage' to which this insurance applies, caused by an 'accident' and resulting from the ownership, maintenance or use of a covered 'auto'." **Exhibit 1**, Motor Carrier Coverage Form (CA 00 20 12 23), p. 2 of 15.

16.     The Policy's limits for "Covered Autos Liability Coverage" are $1,000,000 (the "Stake"). **Exhibit 1**, Motor Carrier Declarations (ACA DS 21 11 23), p. 3 of 13.

17.     A "covered 'auto'" under the Policy is a 2019 Freightliner tractor (VIN 1FUJHHDR8KLJW9164) (the "Truck"). **Exhibit 1**, Schedule of Covered Autos (ACA 0002 01 22), p. 1 of 2.

Case 1:25-cv-00380-B    Doc# 1    Filed 09/09/25    Page 4 of 7    PageID# 4

Obsidian Insurance Company v. Nancy Gail Calvert, et al.
Interpleader Complaint

18. On May 6, 2025, the Truck and its attached trailer were involved in an accident in Clarke County, Alabama. **Exhibit 2**, Alabama Uniform Traffic Crash Report (Case No. 5654295).

19. Andrii Dmyterko was operating the Truck at the time of the accident. **Exhibit 2**, Alabama Uniform Traffic Crash Report (Case No. 5654295).

20. Ashley Marie Springer McDonald died at the scene of the accident and her vehicle was damaged. **Exhibit 2**, Alabama Uniform Traffic Crash Report (Case No. 5654295), pp. 1, 3 and 4-5.

21. Woodie Earl Beck, III, died at the scene of the accident. **Exhibit 2**, Alabama Uniform Traffic Crash Report (Case No. 5654295), pp. 2, 3, and 4-5. The vehicle Mr. Beck was driving was damaged, and it was owned by Tiffany Andrews Beck. **Exhibit 2**, Alabama Uniform Traffic Crash Report (Case No. 5654295), p. 2.

22. Claimant Nancy Gail Calvert was injured in the accident, and her vehicle was damaged. **Exhibit 2**, Alabama Uniform Traffic Crash Report (Case No. 5654295), pp. 2 and 4-5.

23. Claimant Horace Bradford Larrimore was injured in the accident, and his vehicle was damaged. **Exhibit 2**, Alabama Uniform Traffic Crash Report (Case No. 5654295), pp. 3 and 4-5.

24. Claimant Denys Kucher was an occupant of the Truck and was injured in the accident. **Exhibit 2**, Alabama Uniform Traffic Crash Report (Case No. 5654295), pp. 3 and 4-5.

25. Obsidian has notice that Ms. McDonald's estate's personal representatives have claimed an interest in the Stake. **Exhibit 3**, Complaint in James Richard McDonald, et al. v. Adrii Dmyterko (Civil Action No. 16-CV-2025-900119 in the Circuit Court of Clarke County, Alabama).

26. Obsidian has notice that Mr. Beck's estate's personal representative has claimed an interest in the Stake. **Exhibit 4**, Complaint in Tiffany Andrews Beck v. Andrii Dmyterko (Civil Action No. 16-CV-2025-900118 in the Circuit Court of Clarke County, Alabama).

Case 1:25-cv-00380-B　　Doc# 1　　Filed 09/09/25　　Page 5 of 7　　PageID# 5

Obsidian Insurance Company v. Nancy Gail Calvert, et al.
Interpleader Complaint

27. Obsidian has notice of and/or a reasonable belief that Tiffany Andrews Beck, in her individual capacity, has claimed or will claim an interest in the Stake.

28. Obsidian has notice that Nancy Gail Calvert has claimed an interest in the Stake. **Exhibit 5**, Complaint in <u>Nancy Calvert v. 4 US Corp., et al.</u> (Civil Action No. 16-CV-2025-900056 in the Circuit Court of Clarke County, Alabama).

29. Obsidian has notice of and/or a reasonable belief that Mr. Lattimore has claimed or will claim an interest in the Stake.

30. Obsidian has notice of and/or a reasonable belief that Mr. Kucher has claimed or will claim an interest in the Stake.

31. Thus, Obsidian is faced with multiple, competing claims to the Stake.

32. Obsidian will shortly pay the Stake into the Registry of the Court.

33. Bringing this Interpleader Action and/or paying the stake into the Registry of the Court is not an admission of liability on behalf of 4 US Corp. or Mr. Dymertko.[1]

## PRAYER FOR RELIEF

WHEREFORE, Obsidian Insurance Company respectfully requests that this Honorable Court

(a) require each Claimant to the Stake to appear and answer;
(b) allow Obsidian Insurance Company to amend this Interpleader Complaint to add additional claimants to the Stake should same be revealed;
(c) allow Obsidian Insurance Company to pay the Stake to the Registry of the Court;
(d) enjoin each Claimant from asserting his/her/its rights to the Stake in any forum other than this Court;
(e) enjoin each Claimant from asserting his/her/its rights to the Stake in any action before this Court other than this interpleader action;
(f) resolve the competing claims to the Stake;

---

[1] Obsidian is providing a defense to 4 US Corp and Mr. Dmyterko relative to the suits arising from the accident and filed against one and/or both of them.

Case 1:25-cv-00380-B   Doc# 1   Filed 09/09/25   Page 6 of 7   PageID# 6

Obsidian Insurance Company v. Nancy Gail Calvert, et al.
Interpleader Complaint

(g) hold and not disburse any of the Stake until such time as 4 US Corp's liability (if any) and Mr. Dmyterko's liability (if any) to each Claimant has been determined;

(h) order that Obsidian Insurance Company is released and discharged from any and all further liability to any and all of the Claimants to the Stake arising out of or related to the subject accident; and

(i) award such other and further relief to which Obsidian Insurance Company may be entitled including (but not limited to) its costs and attorney's fees.

Respectfully submitted,

/s/ *William A. Austill*
WILLIAM A. AUSTILL
Bar Number: AUS008

OF COUNSEL:
AUSTILL LEWIS PIPKIN & MADDOX, P.C.
600 Century Park South
Suite 100
Birmingham, AL 35226
b-austill@maplaw.com

Obsidian Insurance Company v. Nancy Gail Calvert, et al.
Interpleader Complaint

**SERVICE INFORMATION**

Nancy Gail Calvert
13740 Apple Lane
Northport, AL 35475

Denys Kucher
747 Spruce Road
Warminster, PA 18974

Horace Bradford Lattimore
215 Larrimore Lane
Dickinson, AL 36436

James Richard McDonald, Jr.
Administrator of the Estate of Ashley Marie Springer McDonald
950 Whites Gao Road
Lot # 27
Jacksonville, AL 36265

Tiffany Ann Springer
Administrator of the Estate of Ashley Marie Springer McDonald
12633 Walker Springs Road
Gainestown, AL 36540

Tiffany Andrews Beck
Individually and as Administrator of the Estate of Woodie Earl Beck, III
406 Whiskey Run Road
Apt. # 8
Camden, AL 36726