**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **OBSIDIAN INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 25-0380-WS-B** |
| | ) | |
| **NANCY GAIL CALVERT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on the report and recommendation ("R&R") entered by the Magistrate Judge on October 2, 2026. (Doc. 79). The parties have declined the opportunity to file objections to the R&R. Accordingly, and after due and proper consideration of the materials filed and the issues raised, the R&R is **adopted** as the opinion of this Court. The plaintiff's motion for default judgment against defendant Denys Kucher is **granted**. Final judgment pursuant to Rule 54(b) will be entered by separate order.

DONE and ORDERED this 2nd day of November, 2026.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE